IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ABIDE NETWORK, INC., <br><br>　　　　　　Plaintiff, <br><br>vs. <br><br>FIRST NONPROFIT INSURANCE COMPANY, <br><br>　　　　　　Defendant. | **8:18CV292** <br><br> **ORDER** |

IT IS ORDERED:

1) The parties' joint motion to stay the case progression deadlines and the pretrial conference and trial settings pending the parties' anticipated mediation, (Filing No. 27), is granted.

2) Pending completion of the mediation and further order of the court, all activity in this case (including unexpired case progression deadlines, responses to discovery and motions, and any status and pretrial conferences, and trial setting) is stayed.

3) A telephonic conference with the undersigned magistrate judge will be held on September 19, 2019 at 1:00 p.m. to discuss the status of the parties' efforts toward settlement and, if necessary, the remaining case progression deadlines and the pretrial conference and trial settings. This conference will be cancelled if, prior to the call, the parties advise the court that the case is settled. Counsel shall use the conferencing instructions assigned to this case to participate in the call.

June 19, 2019

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge